**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**MICHAEL J. DAVIS,**

    *Plaintiff*,

**v.**                           **Case No.: 5:25cv281-MW/MJF**

**T. RATLIFF,** *et al.*,

    *Defendants.*

_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 15. Accordingly, upon consideration, no objections having been filed by the parties,

    **IT IS ORDERED:**

The report and recommendation, ECF No. 15, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** for failure to state a plausible claim for relief, pursuant to 28 U.S.C. §§ 1915A and 1915." The Clerk shall close the file.

    **SO ORDERED on April 16, 2026.**

                    **s/Mark E. Walker**_____
                    **United States District Judge**